The People of the State of New York ex rel. 601 Ft. Washington Ave., Inc., against William S. Miller et al., Constituting the Tax Commission of the City of New York. [255 Cabrini Blvd., Borough of Manhattan.] — Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Dore, Cohn and Callahan, JJ. [See *ante*, p. 827.]

Charles H. Kremer v. Malvina Kremer.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Dore, Cohn and Callahan, JJ. [See *ante*, p. 827.]

In the Matter of Dreamland Dancing Academy, Inc., against Lewis J. Valentine, as Commissioner of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante*, p. 833.]

Henry Pearce et al., Doing Business as Partners under the Name of Pearce & Mayer, et al. v. Ada L. Knepper et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante*, p. 829.]

East River Savings Bank v. Rosa Vettel et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See *ante*, p. 770.]

Mutual Life Insurance Company of New York v. Man-Dale Realty Co., Inc., et al. and Chemical Bank and Trust Company et al., as Executors of Nanny W. Yuille, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Glennon, Cohn and Callahan, JJ. [See *ante*, p. 775.]

In the Matter of the Accounting of City Bank Farmers Trust Company, as Surviving Trustee under the Will of Max Weil, Deceased. Nellie J. Sexton et al.; Albert Sidney, as Surviving Executor of Fannie Aronstein, Deceased, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon and Dore, JJ. [See *ante*, p. 768.]

John C. McNamara, Jr., v. Guardian Life Insurance Company of America.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon and Dore, JJ. [See *ante*, p. 816.]

Saltser & Weinsier, Inc., v. Joseph D. McGoldrick, as Comptroller of the City of New York, et al. (Consolidated Appeals.) — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Glennon, Cohn and Callahan, JJ. [See *ante*, p. 275.]

E. John Ernst, Jr., v. Justine L. Lambert.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante*, p. 829.]